

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 31 AM 11: 54

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  |
| Plaintiff, | ) |
| v. | ) CV No. 404-005 |
| THOMAS ROY ARMBRUSTER, JR., | ) |
| Defendant, | ) |
| STARWOOD LODGING CORP., | ) |
| Garnishee. | ) |

ORDER OF DISBURSEMENT

Based on the pleadings filed in this case, the Court makes the following findings:

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the writ stating that at the time of the service of the Writ it had in its possession, custody or under its control, personal property belonging to and due the judgment debtor and that Garnishee was indebted to judgment debtor in the sum of $1,153.21.

On July 30, 2007, the judgment debtor was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay to the United States Department of Justice the amount equal to 25% of the judgment debtor's disposable earnings withheld and continue said payments

until the debt to the United States is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the judgment debtor or until further Order of this Court.

Payment should be made to the United States Attorney's Office, Attn: Financial Litigation Unit, P.O. Box 8970, Savannah, Georgia 31412.

SO ORDERED this 31st day of August, 2007.

_____
WILLIAM T. MOORE, JR.
CHIEF, JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA